No. 95–1269.  WODARSKI v. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO.  C. A. 10th Cir.  Certiorari denied.

No. 95–1270.  SCOTT P., BY AND THROUGH HIS GUARDIANS, BESS P. ET AL. v. CARLISLE AREA SCHOOL DISTRICT.  C. A. 3d Cir.  Certiorari denied.

No. 95–1271.  USA RECYCLING, INC., ET AL. v. TOWN OF BABYLON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–1277.  LITZ v. THOMAS.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 95–1279.  EINHORN ET AL. v. LACHANCE ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 95–1281.  McCREARY v. KENTUCKY.  Cir. Ct. Jefferson County, Ky.  Certiorari denied.

No. 95–1282.  ROBILLARD, ADMINISTRATRIX OF THE ESTATE OF ROBILLARD, DECEASED, ET AL. v. BATON ROUGE MARINE CONTRACTORS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–1283.  JERSEY CARTING, INC., ET AL. v. BOARD OF REGULATORY COMMISSIONERS OF NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 95–1285.  WILSON v. STATE FARM FIRE & CASUALTY INSURANCE CO.  C. A. 7th Cir.  Certiorari denied.

No. 95–1289.  THARP ET AL. v. IOWA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–1291.  CARTER ET AL. v. MROZOWSKI ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 95–1292.  JACOBS v. KERN COMMUNITY COLLEGE DISTRICT.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.